**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **JOHNNY A. RODRIGUEZ, JR.,**<br>    *Plaintiff,*<br><br>v.<br><br>**CITY OF BALCONES HEIGHTS, TEXAS, et al.,**<br>    *Defendants,* | **CIVIL ACTION NO.**<br><br>**5-26-CV-02327-OLG-ESC** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ROGER CAVAZOS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

PLEASE TAKE NOTICE that Plaintiff Johnny A. Rodriguez, Jr., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses **without prejudice** all claims asserted in this action against Defendant Roger Cavazos.

Rule 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendant Cavazos has not served an answer or motion for summary judgment in this action. The Motion to Dismiss previously filed on Defendant Cavazos's behalf [**ECF 8**] was stricken by Text Order without prejudice for failure to comply with this Court's Standing Order pre-filing

conference requirements. A stricken motion is treated as if it were never filed, and a Rule 12(b)(6) motion in any event does not constitute an "answer or motion for summary judgment" within the meaning of Rule 41(a)(1)(A)(i). Plaintiff's right to dismiss by notice alone is therefore preserved.

This Notice is effective upon filing pursuant to Rule 41(a)(1)(A)(i) without further order of the Court and without the consent or signature of any other party. Plaintiff's claims against Defendant Cavazos are dismissed without prejudice. Pursuant to Rule 41(a)(1)(B), this is Plaintiff's first dismissal of any claim against Defendant Cavazos in any court; this dismissal therefore operates without prejudice.

This action continues against the remaining Defendants, as set forth in Plaintiff's First Amended Complaint filed contemporaneously herewith.

Respectfully Submitted,

**GRABLE PLLC**

/s/Brandon J. Grable
**Brandon J. Grable**
State Bar No. 24086983
brandon@grable.law
12451 Starcrest Drive, Ste 206
Telephone: 210-963-5297
Facsimile: 210-215-4765
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on the 28th day of May, 2026, a true and correct copy of the foregoing was served upon all counsel of record via the Court's CM/ECF system.

/s/ Brandon J. Grable
**Brandon J. Grable**