| | |
|---|---|
| **JOHNNY A. RODRIGUEZ, JR.,**<br>    *Plaintiff,*<br><br>v.<br><br>**CITY OF BALCONES HEIGHTS, TEXAS, et al.,**<br>    *Defendants,* | **CIVIL ACTION NO.**<br><br><br>**5-26-CV-02327-OLG-ESC** |

_____

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS ROBERT NELMS, TRACY EBERSOLE, AND MOLLY WEAVER PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Johnny A. Rodriguez, Jr. and the undersigned Defendants hereby stipulate to the dismissal **without prejudice** of all claims asserted by Plaintiff in this action against the following Defendants:

(a) Robert Nelms, in his individual and official capacities as Assistant Chief of Police of the City of Balcones Heights;

(b) Tracy Ebersole, in his individual and official capacities as City Councilmember, Place 4, of the City of Balcones Heights; and

(c) Molly Weaver, in her individual and official capacities as City Councilmember, Place 5, of the City of Balcones Heights.

Each of the foregoing Defendants has appeared in this action and answered Plaintiff's Original Complaint [**ECF 24**]. Rule 41(a)(1)(A)(ii) provides for dismissal by stipulation "signed by all parties who have appeared." Accordingly, the parties hereto have executed this Stipulation through their respective counsel of record.

This dismissal is without prejudice and is effective upon filing without further order of the Court. Pursuant to Rule 41(a)(1)(B), this Stipulation is the first dismissal of any claim by Plaintiff against the foregoing Defendants in any court.

Each party shall bear its own costs and attorney's fees in connection with the dismissed claims.

This action continues against the remaining Defendants as set forth in Plaintiff's First Amended Complaint filed contemporaneously herewith.

**GRABLE PLLC**

/s/Brandon J. Grable
**Brandon J. Grable**
State Bar No. 24086983
brandon@grable.law
12451 Starcrest Drive, Ste 206
Telephone: 210-963-5297
Facsimile: 210-215-4765
***Attorney for Plaintiff***

*And*

**THE LAW OFFICES OF RYAN HENRY, PLLC**

**Ryan Henry**
State Bar No. 2400734
Ryan.Henry@rshlawfirm.com
**Kristen D. Adams**
State Bar No. 24116001
Kristen.Adams@rshlawfirm.com
1019 Central Parkway N. Ste 108
San Antonio, Texas 78232
Telephone 210-257-6357
Facsimile: 210-569-6494
*Attorneys for City Defendants*

**CERTIFICATE OF SERVICE**

I certify that on the 28th day of May, 2026, a true and correct copy of the foregoing was served upon all counsel of record via the Court's CM/ECF system.

<u>/s/ Brandon J. Grable</u>
**Brandon J. Grable**