**FILED**

July 02, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
        NM
                        DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **JOHNNY A RODRIGUEZ, JR,** §<br><br>**Plaintiff,** §<br>§<br>**v.** §<br>§<br>**CITY OF BALCONES HEIGHTS,** §<br>**TEXAS** *et al.,* §<br>§<br>**Defendants.** § | **NO. SA-26-CV-02327-OLG** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed May 13, 2026, concerning Plaintiff's motion for a preliminary injunction. (*See* R&R, Dkt. No. 25.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). Plaintiff, through counsel, was electronically served with a copy of the R&R on May 14, 2026, and timely filed objections on May 28, 2026 (Dkt. No. 30).

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

Across his objections, Plaintiff essentially asserts that there are colorable arguments to support his various claims, but that is not the standard. What matters is whether he had provided sufficient evidence and arguments to demonstrate that he is substantially likely to succeed on the merits, such that he would be entitled to the rare and extraordinary relief of a preliminary injunction. He has not. The Court finds that the Magistrate Judge correctly applied the law to the facts in this case. Plaintiff's objections (Dkt. No. 30) are therefore **OVERRULED**.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 25) and, for the reasons set forth therein, Plaintiff's Emergency Motion for Preliminary Injunction (Dkt. No. 2) is **DENIED**.

It is so **ORDERED**.

**SIGNED** on July _____, 2026.

ORLANDO L. GARCIA
United States District Judge