IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHNNY A RODRIGUEZ JR, *Plaintiff,* | § | SA-26-CV-02327-OLG |
| vs. | § | |
| CITY OF BALCONES HEIGHTS, TEXAS, JACK BURTON, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES AS MAYOR PRO TEM; JIMMY HERNANDEZ, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES AS CITY COUNCILMEMBER, PLACE 3; DAVID SELLARS, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES AS CITY COUNCILMEMBER, PLACE 2; MARIA HERNANDEZ, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES AS CITY ADMINISTRATOR; AND CYNTHIA TREVINO, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES AS CITY ATTORNEY; *Defendants.* | § | |

**SCHEDULING ORDER**

Before the Court is the above-styled and numbered cause of action, which was referred to the undersigned for all pretrial proceedings on April 10, 2026 [#6]. On August 18, 2026, the parties appeared through counsel at an Initial Pretrial Conference. Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and in accordance with the parties' representations during the conference, the following Scheduling Order is issued to control the course of this case:

1. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **October 27, 2026**, and each opposing party shall respond, in writing, by **November 10, 2026**.

2. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **December 10, 2026**.

3. All parties asserting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **January 14, 2027**. Parties resisting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **March 1, 2027**. All designations of rebuttal experts shall be FILED, and the materials required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be SERVED, within 14 days of receipt of the report of the opposing expert.

4. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days of receipt of the written report of the expert's proposed testimony, or within 30 days of the expert's deposition, if a deposition is taken, whichever is later.

5. The parties shall complete all discovery on or before **June 14, 2027**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

6. All dispositive motions shall be filed no later than **August 2, 2027**. The timing and page limitations for briefing on any motion shall be governed by the relevant provisions in Local Rule CV-7.

7. The parties shall mediate this case on or before **March 1, 2027**, and file a report in accordance with Local Rule CV-88 after the mediation is completed.

8. This case will be set for pretrial conference and trial upon the return of this case to the District Judge.

9. If at any time during the pendency of this lawsuit, you would like to consent to the trial of your case by a United States Magistrate Judge, please indicate your consent on the attached form or request a form through the Clerk's Office. If all parties consent to trial of this case by a United States Magistrate Judge, this Court will enter an order referring the case to a United States Magistrate Judge for trial and entry of judgment.

**IT IS SO ORDERED.**

SIGNED this 19th day of August, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHNNY A RODRIGUEZ JR, | § | |
| | § | |
| *Plaintiff,* | § | SA-26-CV-02327-OLG |
| | § | |
| vs. | § | |
| | § | |
| CITY OF BALCONES HEIGHTS, TEXAS, JACK BURTON, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES AS MAYOR PRO TEM; JIMMY HERNANDEZ, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES AS CITY COUNCILMEMBER, PLACE 3; DAVID SELLARS, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES AS CITY COUNCILMEMBER, PLACE 2; MARIA HERNANDEZ, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES AS CITY ADMINISTRATOR; AND CYNTHIA TREVINO, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES AS CITY ATTORNEY; | § | |
| | § | |
| *Defendants.* | § | |

**CONSENT TO PROCEED TO TRIAL BEFORE**
**A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above captioned civil matter hereby waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of judgment. Any appeal shall be taken to the United States Court of Appeals for this judicial circuit, in accordance with 28 U.S.C. § 636(c)(3).

| | |
|---|---|
| ______________________________ Party | By:______________________________ Attorney |
| ______________________________ Party | By:______________________________ Attorney |

APPROVED this the ______ day of _________________, 2026.

______________________________________
ORLANDO GARCIA
UNITED STATES DISTRICT JUDGE